Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi
Western Division

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

NOV 20 2025

BY ARTHUR JOHNSTON
         DEPUTY

Marjoe Herdad Marki Smith
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Mark Zuckerberg
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 5:25cv134-DCB-RPM
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes [ ] No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Marjoe H. M. Smith
Address: 215 Justice St
City: Brookhaven   State: MS   Zip Code: 39601
County: Lincoln
Telephone Number:
E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

Name: Mark Zuckerberg
Job or Title (if known): META Facebook Owner
Address: 1 META Way
City: Menlopark   State: CA   Zip Code: 94025
County:
Telephone Number:
E-Mail Address (if known):

☒ Individual capacity  ☐ Official capacity

**Defendant No. 2**

Name: Ruben Michelle
Job or Title (if known): Facebook Influencer
Address:
City:   State:   Zip Code:
County:
Telephone Number:
E-Mail Address (if known):

☒ Individual capacity  ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

|  City  |  State  |  Zip Code  |

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

|  City  |  State  |  Zip Code  |

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim) __28 U.S.C. § 4101__

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

__28 U.S.C. § 4101 I, Smith was violated by Defamation__

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Under 28 USC § 4101; I requested removal of illegal post, request rejected by META FACEBOOK

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

See Attachment "Statement of Claim"

B. What date and approximate time did the events giving rise to your claim(s) occur?

On or about September 10, 2025 at about 9:00 pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I, Smith was arrested on a warrant issued for a residence I did not reside; in response to a post on Facebook, posted by Ruben Mitchelle. The post also claimed Alison London was involved with such actions. The post recieved over 50,000 views and degrading comments.

STATEMENT OF CLAIM AND FACTS

On or about September 10, 2025 a minor with a Facebook account (ZL) posted a post claiming she was sexually assaulted by her alleged step-father (Marjoe Smith) [Smith is no married] after running away from her mother's (Alison London) house on or about September 7, 2025. At the time of the post ZL was a 15 year old minor under the guide of the adults (Parker family) she ran away with. The Parker family helped ZL post false statements about Smith and London in order to extort money for victims on a cash app account. Later that same day Facebook influencer Ruben Mitchelle posted a video claiming that Smith and London raped several children and because of that video a judge issued a search warrant for Myra London's home with the name of Marjoe Smith on it. When the police raided the London resident I, Smith was charged with what was found in the house (marijuana and a hand gun) Smith's place of resident was never searched.

I, Smith and London reported the post to Facebook and the local police. Facebook never removed the post and the local authorities only arrested Smith and London. Now Smith and London both sit in jail without any indictment of a crime, no court date, and an $150,000.00 bond that is unaffordable by Smith or London.

Because of the post on facebook by a minor and Ruben Mitchelle my 13 year old daughter (LS) has been placed in state custody. There are no victims of any type of crime.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

A) Mental fustration
B) Stress levels so high I am now on 2 medications for high blood pressure (AMLODIPINE 5mg / LOSARTAN 50 mg)
C) Trouble sleeping in fear of retaliation

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Losted employment since September 10, 2025 in the amount of 3000.00 $ a week
My child has been displaced in state custody
Punitive damages of 158 million dollars
Futrue medical bills paid by the defendants

My name and likeness removed from all META Social Media Platforms

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 17, 2025

Signature of Plaintiff: *Marjoe Smith*

Printed Name of Plaintiff: Marjoe Smith

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
         City         State       Zip Code
Telephone Number: _____
E-mail Address: _____